Joel E. Tasca
Nevada Bar No. 14124
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: 702.471.7000
Facsimile: 702.471.7070
tasca@ballardspahr.com

*Attorney for Defendant*
*Southern California Edison*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOBBIE DARNELL,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; SNAP-ON CREDIT, LLC; CONN APPLIANCES, INC.; and PAC AUTO FINANCE,<br><br>  Defendants. | CASE NO. 2:21-cv-01007-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SOUTHERN CALIFORNIA EDISON TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Bobbie Darnell ("Plaintiff") and Defendant Southern California Edison ("Edison")[1] stipulate and agree that Edison has up to and including July 26, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide Edison additional time to investigate Plaintiff's allegations and for Edison to prepare a response. The current deadline to file a response is June 24, 2021. Therefore, pursuant to LR IA 6-1, this stipulation is timely.

---

[1] By filing this Stipulation, Edison is not waiving any defense, affirmative or otherwise, it may have in this matter, including, but not limited to, lack of personal jurisdiction.

DMWEST #41620856 v1

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: June 16, 2021

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*Southern California Edison* | By: Michael Kind<br>Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway<br>Suite 106<br>Las Vegas, Nevada 89123<br><br>FREEDOM LAW FIRM<br><br>George Haines, Esq.<br>Nevada Bar No. 9411<br>Gerardo Avalos, Esq.<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 17, 2021