WRIGHT, FINLAY & ZAK, LLP
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBIE DARNELL, | Case No.: 2:21-cv-01007-APG-NJK |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; SNAP-ON CREDIT, LLC; CONN APPLIANCES, INC.; and PAC AUTO FINANCE, | |
| Defendants. | |

Plaintiff, Bobbie Darnell ("Plaintiff"), and Defendant, Conn Appliances, Inc. ("Conn") (collectively "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On May 26, 2021, Plaintiff filed his Complaint [ECF No. 1]. Conn was served with Plaintiff's Complaint on May 27, 2021. The deadline for Conn to respond to Plaintiff's Complaint is June 17, 2021. The Parties have discussed extending the deadline for Conn to respond to Plaintiff's Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Conn to file their responsive pleading to Plaintiff's Complaint to July 19, 2021.

This is the first motion for an extension of time for Conn to file their responsive pleading. The extension is requested in good faith and is not for purposes of delay or prejudice to any other

1  party.

2      As part of this motion, Conn agrees to participate in any Rule 26(f) conference that occurs
3  during the pendency of this extension.

4      DATED this 16th day of June, 2021.

| WRIGHT, FINLAY & ZAK, LLP | KIND LAW |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Michael Kind* |
| Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendant, Conn Appliances, Inc.* | Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 S. Maryland Pkwy, Suite 106<br>Las Vegas, NV 89123<br>*Attorneys for Plaintiff, Bobbie Darnell* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  June 17, 2021